858 So.2d 375 (2003)
Lawrence Ray WILLIAMS, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D02-3325.
District Court of Appeal of Florida, Third District.
November 5, 2003.
*376 Lawrence Ray Williams, in proper person.
Charles J. Crist, Jr., Attorney General, and Frank J. Ingrassia, Assistant Attorney General, for appellee.
Before COPE, GODERICH and SHEVIN, JJ.
PER CURIAM.
Affirmed. State v. Meister, 849 So.2d 1127 (Fla. 4th DCA 2003); Soto v. State, 711 So.2d 1275 (Fla. 4th DCA 1998); Wood v. State, 717 So.2d 617 (Fla. 1st DCA 1998); Jones v. State, 721 So.2d 320 (Fla. 2d DCA 1998).